Aaron M. Neilson
Rufus I. Peace
CHRISTIAN, SAMSON & BASKETT, PLLC
310 W. Spruce St.
Missoula, Montana 59802
Tel:   (406) 721-7772
Email: aaron@csblawoffice.com
       rpeace@csblawoffice.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| BRIAN KENNER,<br><br>          Plaintiff,<br><br>     vs.<br><br>BITTERROOT TIMBER FRAMES, LLC, THREE MILE CREEK POST & BEAM, LLC, BRETT MAURI, an individual, and JOHN DOES 1-10,<br><br>          Defendants. | Cause No. CV-21-16-M-DLC<br><br>**AFFIDAVIT OF AMOUNT DUE** |

STATE OF MONTANA )
                 :ss
COUNTY of Missoula )

    I, Brian Kenner, hereby states:

1.    I am the plaintiff in this action.

2.    I have personal knowledge of the facts stated in this affidavit.

3.    The defendants, Bitterroot Timber Frames, LLC, Three Mile Creek Post &

Beam, LLC, and Brett Mauri, owe to me the amount of $327,556.00, which is the total amount I paid to the defendants for the construction of a log cabin, which was never completed.

4. The amount owed is the same or less than the amount set forth in the complaint which was served upon defendants Bitterroot Timber Frames, LLC and Three Mile Creek Post & Beam, LLC on February 18, 2021, and upon defendant Brett Mauri on March 1, 2021.

5. In addition, I have incurred $4,422.50 in fees and costs in this action; $4,020.50 for legal services, and $402.00 for filing costs and service of process.

6. The total judgement should be $331,978.50.

DATED this 2 day of April, 2021.

Brian Kenner
*Plaintiff*

SUBSCRIBED AND SWORN TO before me this 2nd day of April, 2021, by Brian Kenner.



(SEAL)

Andrea Kerns
Notary Public for the State of South Dakota

MY COMMISSION EXPIRES 6/16/2026

---

AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT                    PAGE 2