Aaron M. Neilson
Rufus I. Peace
CHRISTIAN, SAMSON & BASKETT, PLLC
310 W. Spruce St.
Missoula, Montana 59802
Tel:   (406) 721-7772
Email: aaron@csblawoffice.com
        rpeace@csblawoffice.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| BRIAN KENNER,<br><br>Plaintiff,<br><br>vs.<br><br>BITTERROOT TIMBER FRAMES, LLC, THREE MILE CREEK POST & BEAM, LLC, BRETT MAURI, an individual, and JOHN DOES 1-10,<br><br>Defendants. | Cause No. CV-21-16-M-DLC<br><br>**AFFIDAVIT OF ATTORNEY'S FEES AND COSTS** |

STATE OF MONTANA )
                                    :ss
County of MISSOULA    )

Rufus I. Peace, being first duly sworn, deposes and says:

1. I am an attorney licensed to practice law in the State of Montana.

2. I have at all times during the above-referenced proceeding, represented Plaintiff Brian Kenner.

3. I billed at the reasonable rate of $180.00 per hour as an associate attorney.

4. During the representation, Attorney Aaron M. Neilson, a Partner in my law firm performed work in the above-referenced proceeding.

5. Attorney Aaron M. Neilson bills at the reasonable rate of $250.00 per hour.

6. Jane Rasmussen and Melissa Lentz, paralegals employed by our firm, bill at the reasonable rate of $125.00 per hour.

7. Plaintiff has incurred attorney's fees and costs to date as follows:

### FEES

| Date | Activity | Time | Value | Timekeeper |
|------|----------|------|-------|------------|
| 11/2/2020 | Meeting with client to discuss potential claim. | 1.0 | 180.00 | RIP |
| 11/5/2020 | Review documents received from client; email exchange with client regarding same. | 1.2 | 216.00 | RIP |
| 11/6/2020 | Review additional materials provided by client. | 0.7 | 126.00 | RIP |
| 11/10/2020 | Draft demand letter; email correspondence with client and attorney Aaron Neilson regarding same. | 1.4 | 252.00 | RIP |
| 11/11/2020 | Review and revise the demand letter; email correspondence with attorney Rufus Peace regarding same. | 0.6 | 150.00 | AMN |
| 11/18/2020 | Telephone conference with new contractor regarding site conditions, email exchange with client regarding same. | 0.5 | 90.00 | RIP |

| 11/23/2020 | Prepare letter to send to Bitterroot Timber Frames via regular and certified mail. | 0.1 | 12.50 | JR |
|---|---|---|---|---|
| 11/23/2020 | Edit and revise demand letter; email correspondence with client regarding same. | 1.1 | 198.00 | RIP |
| 12/3/2020 | Email exchange with client regarding site visit. | 0.3 | 54.00 | RIP |
| 12/7/2020 | Email exchange with client; reviewed file. | 0.3 | 54.00 | RIP |
| 12/9/2020 | Site visit to Brian's home. | 2.0 | 360.00 | RIP |
| 12/11/2020 | Email exchange with client regarding wood; phone call with Brett Mauri regarding same. | 0.3 | 54.00 | RIP |
| 12/14/2020 | Email exchange with new contractor and client; attempt phone call to Brett Mauri. | 0.2 | 36.00 | RIP |
| 12/15/2020 | Telephone call with Brett Mauri to discuss wood; email exchange with new contractor regarding telephone call with Brett and meeting. | 0.3 | 54.00 | RIP |
| 12/17/2020 | Email exchange with Ed regarding upcoming meeting. | 0.2 | 36.00 | RIP |
| 12/18/2020 | Attempt multiple calls to Brett Mauri with no response; email correspondence with client and new contractor regarding case status. | 0.3 | 54.00 | RIP |
| 1/7/2021 | Begin to draft Complaint and Demand for Jury Trial. | 1.9 | 342.00 | RIP |
| 1/8/2021 | Complete initial draft of complaint and make revisions to same; email correspondence with client regarding same. | 1.5 | 270.00 | RIP |
| 1/11/2021 | Review correspondence from client regarding complaint; make additional revision to complaint. | 0.2 | 36.00 | RIP |
| 1/21/2021 | Email correspondence and telephone call with client regarding case status. | 0.3 | 54.00 | RIP |

| 1/22/2021 | Telephone call with client regarding status of case and strategy. | 0.3 | 54.00 | RIP |
|---|---|---|---|---|
| 1/22/2021 | Phone call with client and review of photographs provided by client. | 0.4 | 72.00 | RIP |
| 1/29/2021 | Revise complaint and accompanying exhibits and prepare same for filing. | 1.2 | 216.00 | RIP |
| 1/29/2021 | Edit and revise draft Complaint to prepare for filing in federal court. | 0.3 | 37.50 | JR |
| 2/1/2021 | Review Secretary of State information regarding Three Mile Creek Post and Beam and Bitterroot Timberframes. | 0.2 | 25.00 | JR |
| 2/1/2021 | Meeting with attorney Aaron Nielson regarding review and revision of complaint. | 0.8 | 144.00 | RIP |
| 2/1/2021 | Begin reviewing draft complaint; make certain hand-written edits; meeting with attorney Rufus Peace regarding same. | 1.0 | 250.00 | AMN |
| 2/2/2021 | Meeting with attorney Rufus Peace regarding review and revision of complaint. | 0.4 | 100.00 | AMN |
| 2/3/2021 | Review and edit complaint; prepare summonses; prepare civil cover sheet; file same. | 0.5 | 62.50 | JR |
| 2/4/2021 | Email correspondence with client regarding complaint and summons. | 0.3 | 54.00 | RIP |
| 2/4/2021 | Email correspondence with Equity Management regarding service of complaint and summonses. | 0.2 | 25.00 | JR |
| 2/8/2021 | Telephone call with Equity Management regarding status of service of complaint and summonses. | 0.1 | 12.50 | JR |
| 2/8/2021 | Reviewed court scheduling order and calendar same. | 0.5 | 62.50 | ML |

| 2/11/2021 | Email correspondence with client regarding case status. | 0.2 | 36.00 | RIP |
|---|---|---|---|---|
| 2/12/2021 | Email correspondence with client regarding case status. | 0.3 | 54.00 | RIP |
| 2/22/2021 | Follow-up with Equity Management regarding service of complaint and summonses; email correspondence with client regarding same; conduct legal research regarding partial service. | 0.5 | 90.00 | RIP |
| 2/23/2021 | Email correspondence with client regarding case status. | 0.2 | 36.00 | RIP |
| 3/11/2021 | Begin to prepare Motion for Order of Default and brief in support. | 0.6 | 75.00 | JR |
| 3/11/2021 | Review notice of service for Brett Mauri; email correspondence with client regarding same. | 0.3 | 54.00 | RIP |
| 3/12/2021 | Prepare proofs of service for defendants and file same. | 0.3 | 37.50 | JR |
| 3/23/2021 | Legal research regarding Federal Rule 55 and "otherwise defend" threshold. | 0.4 | 50.00 | JR |
| 3/23/2021 | Prepare brief in support of motion for default and proposed order. | 0.5 | 62.50 | JR |
| 3/24/2021 | Follow-up with defendant Brett Mauri's potential attorney. | 0.3 | 54.00 | RIP |
| 3/24/2021 | Continue to prepare brief in support of motion for default and proposed order. | 0.7 | 87.50 | JR |
| 3/25/2021 | Complete various pleadings regarding entry of default file same with the court. | 1.6 | 288.00 | RIP |
| 4/2/2021 | Prepare Affidavit of Attorney's Fees and Costs. | 0.8 | 100.00 | JR |
| 4/2/2021 | Review and revise Affidavit of Attorney's Fees and Costs. | 0.5 | 90.00 | RIP |
| | **TOTAL** | | **3543.50** | |

## COSTS

| Date | Cost | Value |
|------|------|-------|
| 2/4/2021 | Payment to US District Court, District of Montana for complaint filing fee. | 402.00 |
| 3/2/2021 | Payment to Equity Process Management, invoice #SC655811. | 35.00 |
| 3/2/2021 | Payment to Equity Process Management, invoice #SC655911. | 35.00 |
| 3/24/2021 | Payment to Equity Process Management, invoice #SC655711. | 65.00 |
| | **TOTAL** | **537.00** |

## ANTICIPATED ADDITIONAL ATTORNEY FEES

| | Cost | Value |
|---|------|-------|
| | Processing Default Judgement Paperwork | 360.00 |

**TOTAL: $4,440.50**

Timekeepers:

- Aaron M. Neilson, attorney (AMN)

- Rufus I. Peace, attorney (RIP)

- Jane Rasmussen, paralegal (JR)

- Melissa Lentz, paralegal (ML)

DATED this 7th day of April, 2021.

CHRISTIAN, SAMSON & BASKETT, PLLC

Rufus I. Peace
*Attorney for Plaintiff*

SUBSCRIBED AND SWORN TO before me this 7th day of April, 2021, by

Rufus I. Peace.

JANE RASMUSSEN
NOTARY PUBLIC for the
State of Montana
Residing at
Missoula, Montana
My Commission Expires
July 30, 2023

Notary Public for the State of Montana

(Notarial Seal)