# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| BRIAN KENNER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BITTERROOT TIMBER FRAMES, LLC, THREE MILE CREEK POST & BEAM, LLC, BRETT MAURI, an individual, and JOHN DOES 1-10,<br><br>　　　　　Defendants. | Cause No. CV-21-16-M-DLC<br><br>**DEFAULT JUDGMENT** |

　　　The defendants, Bitterroot Timber Frames, LLC and Three Mile Creek Post & Beam, LLC, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendants are indebted to plaintiff in the principal sum of $327,556.00 plus costs of $4,440.50, and interest thereon; that defendants have been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain.

　　　It is hereby ORDERED, ADJUDGED, and DECREED that plaintiff recover from the defendants, Bitterroot Timber Frames, LLC and Three Mile Creek Post & Beam, LLC, the sum of $331,996.50, plus interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

DATED this  8th  day of April, 2021.



_____
CLERK OF COURT , Deputy