IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIAN KENNER,<br><br>   Plaintiff,<br><br>vs.<br><br>BITTERROOT TIMBER FRAMES, LLC; THREE MILE CREEK POST & BEAM, LLC; BRETT MAURI, an individual; and JOHN DOES 1–10,<br><br>   Defendants. | CV 21–16–M–DLC<br><br><br>ORDER |

On November 11, 2021, Plaintiff Brian Kenner filed a document entitled Partial Satisfaction of Judgment. (Doc. 13.) The filing contains a signature block for the Clerk of Court and acknowledges that Mr. Kenner has been able to partially satisfy the default judgments obtained against Defendants Bitterroot Timber Frames, LLC, Three Mile Creek Post & Beams, and Brett Mauri for $331,996.50 (Docs. 10; 12), in the amount of $130,958.96. (Doc. 13.) The Court will construe this filing as a motion seeking an order directing the Clerk of Court to enter a Partial Satisfaction of Judgment, outlining the information contained in Mr. Kenner's filing.

Accordingly, IT IS ORDERED that the motion (Doc. 13) is GRANTED. The Clerk of Court is directed to enter a partial satisfaction of judgment, outlining

1

the information contained in Mr. Kenner's filing. (Doc. 13.)

DATED this 17th day of November, 2021.

_____
Dana L. Christensen, District Judge
United States District Court