IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIAN KENNER,<br><br>                Plaintiff,<br><br>  vs.<br><br>BITTERROOT TIMBER FRAMES, LLC, THREE MILE CREEK POST & BEAM, LLC, BRETT MAURI, an individual, and JOHN DOES 1-10,<br><br>                Defendants. | CV 21-16-M-DLC<br><br>PARTIAL SATISFACTION OF JUDGMENT |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that partial satisfaction of default judgment against Defendants is entered in the amount of $130,958.96.

      Dated this 17th day of November, 2021.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Nicole Stephens
                                        Nicole Stephens, Deputy Clerk